UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:11-cv-22026- MGC

**DR, BERND WOLLSCHLAEGER**, et al.,

    Plaintiffs,

v.

**FRANK FARMER**, et al.,

    Defendants.
_____/

## NOTICE OF APPEAL

All defendants appeal the order granting summary judgment to plaintiffs rendered on June 29, 2012, (DE 105) to the Eleventh Circuit Court of Appeals.

    Respectfully submitted,

    PAMELA JO BONDI
    ATTORNEY GENERAL

    s/ *Jason Vail*

    JASON VAIL
    Assistant Attorney General
    Florida Bar no. 298824

    Office of the Attorney General
    PL-01
    The Capitol
    Tallahassee, FL 32399
    (850)414-3300
    Jay.vail@myfloridalegal.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to counsel of record through use of the Court's CM/ECF system on July 30, 2012.

s/ *Jason Vail*