# UNITED STATES CIRCUIT COURT OF APPEALS
## ELEVENTH CIRCUIT

**DR. BERND WOLLSCHLAEGER**,

      Plaintiff/appellant,

v.                                      Case no.  12-14009-FF

**GOVERNOR, STATE OF FLORIDA,**
et al.,

      Defendant/appellants.

_____/

## CERTIFICATE OF INTERESTED PERSONS

The Honorable Marcia G. Cooke, U.S. district judge

The Honorable Rick Scott, Governor of Florida

Defendants:

      Armstrong, John H., present Florida Surgeon General and secretary of the

          Department of Health

      Farmer, Frank, former Florida Surgeon General and department secretary

      Dudek, Elizabeth, secretary of the Agency for Health Care Administration

      Thomas, George

      Rosenberg, Jason

      Zachariah, Zachariah

      Tucker, Elisabeth

      Espinola, Trina

Stringer, Merle

Orr, James

Winchester, Gary

El Sanadi, Nabil

Nuss, Robert

Lang, Onelia

Bearson, Fred

Mullins, Donald

Goersch, Brigitte Rivera

Levine, Bradley

Plaintiffs:

Wollschlaeger, Bernd

Schaechter, Judith

Schechtman, Tommy

Sack, Stanley

Fox-Levine, Shannon

Gutierrez, Roland

American Academy of Family Physicians, Florida chapter

American College of Physicians, Florida chapter

Others:

Brady Center to Prevent Gun Violence

National Rifle Association

Thompson, David, counsel for the NRA

Vail, Jason, defendants' counsel.

Plaintiffs' counsel:

    Manheim, Bruce

    Hallward-Driemeier, Douglas

    Ripa, Augustine

    Mullins, Edward

    Lucas, Hal

    Guiliano, Douglas

    Lowy, Jonathan

    Vice, Daniel

Respectfully submitted,

PAMELA JO BONDI
ATTORNEY GENERAL

*s/ Jason Vail*

JASON VAIL
Assistant Attorney General
Florida Bar no. 298824

Office of the Attorney General
PL-01
The Capitol

Tallahassee, FL 32399
(850)414-3300
jay.vail@myfloridalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been furnished by U.S. mail

on the following on August 8, 2012:

Edward M. Mullins
Hal M. Lucas
Douglas J. Giuliano
Astigarraga Davis Mullins & Grossman, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131-2847

Bruce S. Manheim, Jr.
Douglas H. Hallward-Driemeier
Augustine M. Ripa
Ropes & Gray LLP
700 12th Street NW, Suite 900
Washington D.C. 20005

Jonathan E. Lowy
Daniel R. Vice
Brady Center To Prevent Gun Violence
Legal Action Project
1225 Eye Street NW, Suite 1100
Washington, DC 20005

*s/ Jason Vail*
Jason Vail