# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 30, 2012

Pam Bondi
Attorney General's Office
PL-01 THE CAPITOL
TALLAHASSEE, FL 32399-1050

Timothy David Osterhaus
Attorney General's Office
PL-01 THE CAPITOL
TALLAHASSEE, FL 32399-1050

Jason Vail
Attorney General's Office
PL-01 THE CAPITOL
TALLAHASSEE, FL 32399-1050

Appeal Number: 12-14009-FF
Case Style: Dr. Bernd Wollschlaeger, et al v. Governor State of FL, et al
District Court Docket No: 1:11-cv-22026-MGC

We have not yet received the Civil Appeal Statement required by 11th Cir. R. 33-1(a)(1). That rule provides that appellant(s) [and cross-appellant(s)] "shall file with the clerk of the court of appeals, with service on all other parties, an original and one copy of a completed Civil Appeal Statement within 14 days after filing the notice of appeal in this court." Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov , and as provided by 11th Cir. R. 33-1(a)(1).

You are hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk without further notice pursuant to 11th Cir. R. 42-1(b) unless appellant files "with the clerk of the court of appeals, with service on all other parties, an original and one copy of a completed Civil Appeal Statement" as required by 11th Cir. R. 33-1(a)(1). Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov and as provided by 11th Cir. R. 33-1(b)(1). A motion to file the Civil Appeal Statement out of time should be filed.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Janet K. Spradlin, FF
Phone #: (404) 335-6178

CAS-3 CAS overdue