# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 25, 2012

Bryan H. Heckenlively
Munger Tolles & Olsen, LLP
560 MISSION ST FL 27
SAN FRANCISCO, CA 94105-3089

Appeal Number: 12-14009-FF
Case Style: Dr. Bernd Wollschlaeger, et al v. Governor State of FL, et al
District Court Docket No: 1:11-cv-22026-MGC

The following action has been taken in the referenced case:

Your Application to Appear Pro Hac Vice in this appeal has been GRANTED. **\*\*\* Please file your appearance of counsel form within fourteen (14) days from the date of this letter. The preferred form is found at this Court's website**.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Janet K. Spradlin, FF/jsc
Phone #: (404) 335-6178

MOT-2 Notice of Court Action