No. 12-14009-FF
_____

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

DR. BERND WOLLSCHLAEGER, *et al.*,
*Plaintiffs-Appellees*,

v.

GOVERNOR OF STATE OF FLORIDA, *et al.*,
*Defendants-Appellants.*

On Appeal from the U.S. District Court for the Southern District of Florida
Case No. 1:11-cv-22026-MGC (Hon. Marcia G. Cooke)

**MOTION FOR LEAVE TO FILE AMICUS BRIEF OF AMICI CURIAE AMERICAN PUBLIC HEALTH ASSOCIATION, AMERICAN ASSOCIATION OF SUICIDOLOGY, SUICIDE AWARENESS VOICES OF EDUCATION, AND LAW CENTER TO PREVENT GUN VIOLENCE IN SUPPORT OF APPELLEES AND AFFIRMANCE**

Bryan H. Heckenlively
David H. Fry (application pending)
Justin S. Weinstein-Tull
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Counsel for Amici Curiae*

## MOTION FOR LEAVE TO FILE AMICUS BRIEF

Amici Curiae the American Association of Suicidology, the Law Center to Prevent Gun Violence, the American Public Health Association, and Suicide Awareness Voices of Education respectfully submit the attached amicus brief in the above-captioned matter. Amici have the consent of all parties to file their brief, as required by Rule 29(a) of the Federal Rules of Appellate Procedure.

                                                    Respectfully submitted,

November 5, 2012               MUNGER, TOLLES & OLSON LLP

                                                    By: */s/ Justin Weinstein-Tull*
                                                           Justin Weinstein-Tull
                                                           Counsel for Amici Curiae

CERTIFICATE OF SERVICE

U.S. Court of Appeals for the Eleventh Circuit Case Number: 12-14009

I hereby certify that I electronically filed this motion with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system on November 5, 2012. I certify that those participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

I hereby certify that a true and correct copy of this motion was sent by U.S. Mail to the following on November 5, 2012.

Pamela J. Bondi, Attorney General
Timothy D. Osterhaus, Solicitor General
Jason Vail, Assistant Attorney General
Diane G. DeWolf, Deputy Solicitor General
Rachel E. Nordby, Deputy Solicitor General
Office of the Attorney General
PL-01, The Capital
Tallahassee, FL  32399

Douglas Hallward-Driemeier
Bruce S. Manheim, Jr.
Mariel Goetz
Ropes & Gray LLP
700 12th Street, NW, Suite 900
Washington, DC  20005-3948

Elizabeth N. Dewar
Ropes & Gray LLP
Prudential Tower
80 Boylston Street
Boston, MA  02199-3600

Jonathan E. Lowy
Daniel R. Vice
Brady Center to Prevent Gun Violation
1225 I Street, NW, Suite 1100
Washington, DC  20005

Edward Maurice Mullins
Hal Michael Lucas
Astigarraga Davis Mullins & Grossman
701 Brickell Avenue, 16th Floor
Miami, FL  33131-2847

Dennis Gary Kainen
Weisberg & Kainen
1401 Brickell Avenue, Suite 800
Miami, FL  99313-3554

Charles J. Cooper
David H. Thompson
Peter A. Petterson
Cooper and Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC  20036

John C. Eastman
Anthony T. Casso
Center for Constitutional Jurisprudence
c/o of Chapman University School of Law
One University Drive
Orange, CA  92886

Thomas R. Julin
Jamie Z. Isani
Patricia Acosta
Hunton and Williams
1111 Brickell Avenue, Suite 2500
Miami, FL  33131

Gerald E. Greenberg
Gelber, Schacter & Greenberg, P.A.
1441 Brickell Avenue, Suite 1420
Miami, FL  33131

Gordon M. Mead
Julie Fishman Berkowitz
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
150 West Flagler Street
Miami, FL  33130

Randall C. Marshall
Cooperating Attorneys ACLU Foundation of Florida, Inc.
4500 Biscayne Blvd., Suite 340
Miami, FL  33137

                                                       /*s/ Justin Weinstein-Tull*
                                                       Justin Weinstein-Tull