# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 15, 2012

Bryan H. Heckenlively
Munger Tolles & Olsen, LLP
560 MISSION ST FL 27
SAN FRANCISCO, CA 94105-3089

Appeal Number: 12-14009-FF
Case Style: Dr. Bernd Wollschlaeger, et al v. Governor State of FL, et al
District Court Docket No: 1:11-cv-22026-MGC

Motion Rendered Moot: Motion for leave to file amicus brief is MOOT [6710679-2] due to the parties having consented to the filing of the amicus brief.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Janet K. Spradlin, FF/jsc
Phone #: (404) 335-6178

MOT-11 Letter Re Moot Motion