UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 15, 2012

Bryan H. Heckenlively
Munger Tolles & Olsen, LLP
560 MISSION ST FL 27
SAN FRANCISCO, CA 94105-3089

Appeal Number: 12-14009-FF
Case Style: Dr. Bernd Wollschlaeger, et al v. Governor State of FL, et al
District Court Docket No: 1:11-cv-22026-MGC

**CIVIL APPEALS ARE GOVERNED BY <u>STRINGENT</u> PROCEDURES FOR REQUESTING EXTENSIONS OF TIME TO FILE BRIEFS AND RECORD EXCERPTS. RULES PROVIDE FOR <u>DISMISSAL</u> WITHOUT FURTHER NOTICE WHEN A BRIEF OR RECORD EXCERPTS IS NOT FILED OR CORRECTED WITHIN THE TIME PERMITTED. PLEASE SEE THE CIRCUIT RULES AT <u>WWW.CA11.USCOURTS.GOV</u>**

The brief filed by you in the referenced appeal is deficient because you have not included the required item(s) noted below:

A motion for leave to file amicus brief was attached to the paper copies of the amicus brief. Please file the copies without the motion attached. ** It is unnecessary to ECF your brief again.

Please file these briefs within FOURTEEN (14) DAYS If you intend to make the corrections to the existing briefs, you may contact the clerk's office to make arrangements for their return. You may, instead, submit a new set of briefs that include the necessary corrections. The corrected brief must be served on all parties to this appeal. HOWEVER, DO NOT AMEND THE ORIGINAL CERTIFICATE OF SERVICE DATE.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Janet K. Spradlin, FF/jsc
Phone #: (404) 335-6178

BR-8CIV Civil brief deficiency letter