# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**STEVEN M. LARIMORE**
Clerk of Court

Appeals Section

Date: 12/5/2012

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**COR/ROA**

IN RE:    District Court No: 11-22026-CV  -  MGC

U.S.C.A. No:    12-14009-FF

Style:   WOLLSCHLAEGER ET AL V GOVERNMENT STATE OF FL

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida
hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this
appeal. The record (including the transcript or parts thereof designated for inclusion and all
necessary exhibits) consists of:

    5  Volume(s) of pleadings

    1  Volume(s) of Transcripts

        Exhibits:   0 boxes;   1 folders;

                0 envelopes;   0 PSIs (sealed)

        ☐ other: _____

        ☐ other: _____

    ☑ Other:  (1)ACCORDION FOLDER CONTAINING DE# 63 WITH CD

    ☐ Other: _____

Sincerely,

Steven M. Larimore, Clerk of Court
Southern District of Florida

By: _____
             Deputy Clerk

Date _____

Certified to be true and
correct copy of the document on file
Steven M. Larimore, Clerk,
Southern District of Florida
By _____
Deputy Clerk
Date 12/5/12

Attachment                                    S/F A-15
c: court file                                 Rev. 10/94

☑ **400 N. Miami Avenue**       ☐ **299 E. Broward Boulevard**       ☐ **701 Clematis Street**
Miami, Fl 33128-7716         Ft. Lauderdale, Fl 33301         West Palm Beach, Fl 33401
305-523-5080                 954-769-5413                     561-803-3408