Case No. 12-14009-FF

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

DR. BERND WOLLSCHLAEGER, *et al.*,
Plaintiffs/Appellees,

vs.

GOVERNOR, STATE OF FLORIDA, *et al.*,
Defendants/Appellants.

---

Appeal from the United States District Court
For the Southern District of Florida

---

**MOTION FOR LEAVE FOR AMERICAN OSTEOPATHIC ASSOCIATION TO JOIN BRIEF *AMICUS CURIAE* FOR AMERICAN MEDICAL ASSOCIATION, AMERICAN ACADEMY OF PEDIATRICS, AMERICAN ACADEMY OF CHILD AND ADOLESCENT PSYCHIATRY, AMERICAN ACADEMY OF FAMILY PHYSICIANS, AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS, AMERICAN COLLEGE OF SURGEONS, AMERICAN COLLEGE OF PREVENTIVE MEDICINE, AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, AMERICAN CONGRESS OF OBSTETRICIANS AND GYNECOLOGISTS, AND AMERICAN PSYCHIATRIC ASSOCIATION SUBMITTED IN SUPPORT OF PLAINTIFFS/APPELLEES AND SUPPORTING AFFIRMANCE**

---

(Continued on next page)

Jon N. Ekdahl
Leonard A. Nelson
American Medical Association
Office of General Counsel
515 N. State St., 14th Floor
(312) 464-5532
*Of Counsel*

Richard H. Levenstein
Kramer, Sopko & Levenstein, P.A.
2300 SE Monterey Rd., Suite 100
Stuart, FL 34995
(772) 288-0048
*Counsel of Record*

**Attorneys for *Amici Curiae***

## Motion for Leave to Join Brief Filed by Amici Curiae

*Amici Curiae*, the AMERICAN OSTEOPATHIC ASSOCIATION, hereby seeks leave of Court to join the brief submitted on November 5, 2012 by *Amici Curiae*, AMERICAN MEDICAL ASSOCIATION, AMERICAN ACADEMY OF PEDIATRICS, AMERICAN ACADEMY OF CHILD AND ADOLESCENT PSYCHIATRY, AMERICAN ACADEMY OF FAMILY PHYSICIANS, AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS, AMERICAN COLLEGE OF SURGEONS, AMERICAN COLLEGE OF PREVENTIVE MEDICINE, AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, AMERICAN CONGRESS OF OBSTETRICIANS AND GYNECOLOGISTS, AND AMERICAN PSYCHIATRIC ASSOCIATION. *Amici* has the consent of all parties to join the brief, as required by Rule 29(a) of the Federal Rules of Appellate Procedure.

## Certificate of Interested Persons and Corporate Disclosure Statement

*Amici* certifies that, to the best of its knowledge, the Certificate of Interested Persons in the Brief of Plaintiffs/Appellees is complete.

Pursuant to Federal Rule of Appellate Procedure 26.1, *amici* states that it has no parent corporation and there is no corporation, publicly held or otherwise, that owns 10% or more of any of their stock.

## Statement of Identity and Interest of *Amici* and of Source of Authority to File Brief

*Amici* is a professional association of more than 100,000 osteopathic physicians and osteopathic medical students. The association has members that practice in the State of Florida and whose ability to practice osteopathic medicine is detrimentally affected by Florida's Firearm Owners' Privacy Act.

*Amici* believes that the practice of osteopathic medicine is both one of the most important and most difficult of human endeavors. Such practice requires a complete focus by the osteopathic physician on the patient, so the osteopathic physician can employ all of his or her wisdom and skills on the patient's behalf. *Amici* opposes any disruption of that focus, such as the intrusions created by the Act.

*Amici* shares a similar belief as that included in the brief previously filed, including an interest in protecting the First Amendment rights of their members. Even more importantly, though, *amici* seeks to join this brief to ensure that their members' patients can receive the full medical care they deserve. The joinder of *Amici* in the brief previously filed will not create any delay in the case and will not create any burden on any party or the Court.

4

All parties have consented to *Amici* joining in the brief previously filed.

Date: ___December 27___, 2012

---

| | |
|---|---|
| Jon N. Ekdahl<br>Leonard A. Nelson<br>American Medical Association<br>Office of General Counsel<br>515 N. State Street, 14th Floor<br>Chicago, IL 60654<br>(312) 464-5532 | Richard H. Levenstein<br>Kramer, Sopko & Levenstein, P.A.<br>2300 SE Monterey Rd., Suite 100<br>Stuart, FL 34995<br>(772) 288-0048  FL Bar # 235296<br>*Counsel of Record, American Medical Association* |

5

## Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing brief has been delivered to a third-party carrier for express delivery to the Court and furnished by U.S. Mail to the following on _Dec. 27th_, 2012:

Pamela Jo Bondi, Attn'y Gen.
Timothy D. Osterhaus, Sol. Gen.
Jason Vail, Assist. Attn'y Gen.
Diane G. DeWolf, Dep. Sol. Gen.
Rachel E. Nordby, Dep. Sol. Gen.
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399

Charles J. Cooper
David H. Thompson
Peter A. Patterson
Cooper and Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036

John C. Eastman
Anthony T. Caso
Center for Constitutional
Jurisprudence
c/o Chapman University
School of Law
One University Drive
Orange, CA 92886

Douglas H. Hallward-Driemeier
Bruce S. Manheim, Jr.
Mariel Goetz
Ropes & Gray LLP
700 12th Street NW, Suite 900
Washington, D.C. 20005

6

Elizabeth N. Dewar
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

Edward M. Mullins
Hal M. Lucas
Astigarraaga Davis Mullins & Grossman, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131-2847

Jonathan E. Lowy
Daniel R. Vice
Brady Center to Prevent Gun Violence
1225 Eye Street, NW, Suite 1100
Washington, D.C. 20005

Date: December 27, 2012

Richard H. Levenstein
Attorney for *Amici Curiae*

7