# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JAN 1 0 2013

JOHN LEY
CLERK

No. 12-14009-FF

DR. BERND WOLLSCHLAEGER,
DR. JUDITH SCHAECHTER, *et al.*,

Plaintiffs - Appellees,

versus

GOVERNOR OF THE STATE OF FLORIDA,
SECRETARY, STATE OF FLORIDA, *et al.*,

Defendants - Appellants.

--------------------------

On Appeal from the United States District Court for the
Southern District of Florida

--------------------------

O R D E R:

The "Motion for Leave for American Osteopathic Association to Join Brief *Amicus Curiae* for American Medical Association, American Academy of Pediatrics ..." is GRANTED.

UNITED STATES CIRCUIT JUDGE