# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

Case No. 12-14009-FF

___

DR. BERND WOLLSCHLAEGER, *et al.*,

Plaintiffs/Appellees,

vs.

GOVERNOR, STATE OF FLORIDA, *et al.*,

Defendants/Appellants.

___

On Appeal from the United States District Court
for the Southern District of Florida
___

## MOTION FOR LEAVE TO SUBSTITUTE COUNSEL
___

PAMELA JO BONDI
ATTORNEY GENERAL

Allen Winsor (FBN 16295)
Solicitor General
Allen.Winsor@myfloridalegal.com
Jason Vail (FBN 298824)
Assistant Attorney General
Diane G. DeWolf (FBN 059719)
Rachel E. Nordby (FBN 056606)
Deputy Solicitors General
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399
(850) 414-3300
(850) 410-2672 (fax)
*Counsel for State Appellants*

*Wollschlaeger, et al. v. Governor of Florida, et al.*     Case No. 12-14009-FF

<u>**AMENDED CERTIFICATE OF INTERESTED PERSONS &**</u>
<u>**CORPORATE DISCLOSURE STATEMENT**</u>

Pursuant to Federal Rule of Appellate Procedure Rule 26.1 and Eleventh Circuit Rule 26.1-1, Appellants/Defendants provide the following certificate of interested persons:

1. The Honorable Marcia G. Cooke, U.S. District Judge

**Defendants/Appellants**:

2. Armstrong, John H., present Florida Surgeon General and Secretary of the Department of Health

3. Averoff, Magdalena, Fla. Board of Medicine Member

4. Bearison, Fred, Fla. Board of Medicine Member

5. Dudek, Elizabeth, Secretary of the Agency for Health Care Administration

6. El Sanadi, Nabil, Fla. Board of Medicine Member

7. Espinola, Trina, Fla. Board of Medicine Member

8. Farmer, Frank, former Florida Surgeon General and Department Secretary

9. Goersch, Brigitte Rivera, Fla. Board of Medicine Member

10. Lage, Onelia, Fla. Board of Medicine Member

11. Levine, Bradley, Fla. Board of Medicine Member

12. Mullins, Donald, Fla. Board of Medicine Member

13. Nuss, Robert, Fla. Board of Medicine Member

14. Orr, James, Fla. Board of Medicine Member

15. Rosenberg, Jason, Fla. Board of Medicine Member

16. Scott, Rick, Governor of Florida

17. Shugarman, Richard G., Fla. Board of Medicine Member

18. Stringer, Merle, Fla. Board of Medicine Member

19. Thomas, George, Fla. Board of Medicine Member

20. Tucker, Elisabeth, Fla. Board of Medicine Member

21. Winchester, Gary, Fla. Board of Medicine Member

22. Zachariah, Zachariah, Fla. Board of Medicine Member

**Plaintiffs/Appellees**:

23. American Academy of Family Physicians, Florida Chapter

24. American College of Physicians, Florida Chapter

25. Fox-Levine, Shannon

26. Gutierrez, Roland

27. Sack, Stanley

28. Schaechter, Judith

29. Schechtman, Tommy

30. Wollschlaeger, Bernd

**Defendants/Appellants' counsel**:

31. DeWolf, Diane G.

32. Nordby, Rachel E.

33. Osterhaus, Timothy D.

34. Vail, Jason

**35. <u>Allen C. Winsor</u>** (newly added)

**Plaintiffs/Appellees' counsel**:

36. Guiliano, Douglas

37. Hallward-Driemeier, Douglas

38. Kainen, Dennis G.

39. Lowy, Jonathan

40. Lucas, Hal

41. Manheim, Bruce

42. Mullins, Edward

43. Ripa, Augustine

*Wollschlaeger, et al. v. Governor of Florida, et al.*     Case No. 12-14009-FF

**Others**:

44.   Vice, Daniel

45.   Brady Center to Prevent Gun Violence

46.    National Rifle Association (NRA)

47.    Thompson, David, Counsel for the NRA


June 14, 2013                           */s/ Allen Winsor*
                                              Counsel for State Appellants

## MOTION FOR LEAVE TO SUBSTITUTE COUNSEL

Appellants hereby move to substitute counsel by adding Allen Winsor in place of Timothy Osterhaus. Mr. Osterhaus was recently appointed to Florida's First District Court Appeal and no longer works in the Attorney General's Office. Mr. Winsor has succeeded Mr. Osterhaus and has assumed Appellants' representation in this matter. Mr. Winsor recently submitted his appearance of counsel form and, with this Court's permission, will present oral argument for Appellants on July 18, 2013.

WHEREFORE, the undersigned respectfully moves this Court to substitute Allen Winsor for Timothy Osterhaus as counsel for Appellants.

[*Signature on following page.*]

Respectfully submitted,

PAMELA JO BONDI
ATTORNEY GENERAL


/s/ *Allen Winsor*
Allen Winsor (FBN 16295)
Solicitor General
Allen.Winsor@myfloridalegal.com
Jason Vail (FBN 298824)
Assistant Attorney General
Diane G. DeWolf (FBN 059719)
Rachel E. Nordby (FBN 056606)
Deputy Solicitors General
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399
(850) 414-3300
(850) 410-2672 (fax)
*Counsel for Appellants*

# CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2013, the foregoing motion was filed with the Clerk of Court via the court's electronic filing system and electronically served on the following:

Bruce S. Manheim, Jr.
Douglas Hallward-Driemeir
Ropes and Gray, LLP
700 12th Street, N. W, Suite 900
Washington, DC 20005-3948
bruce.manheim@ropesgray.com
douglas.hallward-driemeier@ropesgray.com

Edward Maurice Mullins
Astigarraga Davis Mullins and Grossman, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131-2847
emullins@astidavis.com

Charles J. Cooper
David H. Thompson
Peter A. Patterson
Cooper and Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
ccooper@cooperkirk.com

Gerald E. Greenberg
Gordon M. Mead, Jr.
Stearns, Weaver, Miller, Weissler, Alhadeff and Sitterson, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida
ggreenberg@stearnsweaver.com
gmead@stearnsweaver.com

Thomas R. Julin
Jamie Zysk Isani
Hunton and Williams, LLP
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131-3101
tjulin@hunton.com
jisani@hunton.com

Randall C. Marshall
ACLU of Florida
4500 Biscayne Boulevard, Suite 340
Miami, Florida 33137-3227
rmarshall@aclufl.org

| | |
|---|---|
| Richard H. Levenstein<br>Kramer, Sopko & Levenstein, P.A.<br>2300 SE Monterey Road, Suite 100<br>Stuart, FL 34996-3343<br>rlevenstein@kslattorneys.com | Anthony T. Caso<br>Center for Constitutional<br>Jurisprudence<br>Chapman University School of Law<br>1 University Drive<br>Orange, CA 92866-1005 |

I further certify that on the same date, I sent a copy of the foregoing by U.S. Mail to the following:

| | |
|---|---|
| Augustine Ripa<br>Ropes & Gray LLP<br>700 12th Street NW Ste 900<br>Washington, DC 20005 | Jonathan E. Lowy<br>Brady Center to Prevent Gun Violence<br>1225 Eye St. NW Ste. 1100<br>Washington, DC 20005 |
| Daniel R. Vice<br>Brady Center to Prevent Gun Violence<br>1225 Eye ST NW Ste 1100<br>Washington, D.C. 20005 | Julia Lewis<br>Ropes & Gray LLP<br>700 12th St NW Ste 900<br>Washington, DC 20005 |
| Hal M. Lucas<br>Hal M. Lucas, P.A.<br>701 Brickell Ave. Ste. 1650<br>Miami, FL 33131 | Bryan H. Heckenlively<br>Munger Tolles & Olsen, LLP<br>560 Mission St. FL 27<br>San Francisco, CA 94105-3089 |

/s/ *Allen Winsor*
Counsel for State Appellants