# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

No. 12-14009-FF

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUL 02 2013
JOHN LEY
CLERK

DR. BERND WOLLSCHLAEGER,
DR. JUDITH SCHAECHTER,
DR. TOMMY SCHECHTMAN, et al.,

Plaintiffs - Appellees,

versus

GOVERNOR OF THE STATE OF FLORIDA,
SECRETARY, STATE OF FLORIDA,
SURGEON GENERAL OF THE STATE OF FLORIDA, et al.,

Defendants - Appellants.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

ORDER:

This appeal is scheduled for oral argument on Thursday, July 18, 2013. Attorney Allen Windsor has submitted an appearance of counsel to appear in this appeal. Consistent with Eleventh Circuit General Order 36, Attorney Allen Windsor is GRANTED leave to appear in this appeal.

JOHN LEY
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT-BY DIRECTION