# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

No. 12-14009-FF

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUL 03 2013
JOHN LEY
CLERK

DR. BERND WOLLSCHLAEGER,
DR. JUDITH SCHAECHTER,
DR. TOMMY SCHECHTMAN, et al.,

          Plaintiffs - Appellees,

versus

GOVERNOR OF THE STATE OF FLORIDA,
SECRETARY, STATE OF FLORIDA,
SURGEON GENERAL OF THE STATE OF FLORIDA, et al.,

          Defendants - Appellants.

On Appeal from the United States District Court for the
Southern District of Florida

ORDER:

State appellants' motion for substitution of Allen Windsor, in place of Timothy D. Osterhaus is hereby GRANTED.

          /s/ GERALD B. TJOFLAT
          UNITED STATES CIRCUIT JUDGE