Katerina S. Kariolis
(202) 220-9647
kkariolis@cooperkirk.com

# Cooper & Kirk

Lawyers
A Professional Limited Liability Company

1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

(202) 220-9600
Fax (202) 220-9601

July 19, 2013

**Via Federal Express**

John Ley, Clerk of Court
U.S. Court of Appeals for the 11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

Re : Request for Audio Recording of Argument from 7/18/13 in Wollcshlaeger v. Governor, State of Florida

Dear John Ley:

I am writing to request a copy of the audio recording, of the argument from July 18, 2013 in the case Wollschlaeger v. Governor, State of Florida, No. 12-14009-X.
Enclosed please find a check for thirty dollars.

If you have any questions, please do not hesitate to contact me. Thank you.

Sincerely,

Katerina Kariolis
Paralegal

Enclosure (check for thirty dollars)

AO 182
(Rev. 9/07)

**ORIGINAL**

56661

RECEIPT FOR PAYMENT

# U. S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

Atlanta, Georgia

**RECEIVED FROM** Cooper & Kirk PLLC
1523 New Hampshire Ave. NW
Washington, DC 20036

GENERAL AND SPECIAL FUND
- 0869PL PLRA Filing Fees
- 086400 Docketing Fees
- 086900 Docketing Fees
- 322340 Sale of Publications & Opinions
- 322350 Copy Fees
- 322360 Miscellaneous (include certification fee)
- 6855AP Attorney Admission Fee
- 510000 Fees for Judicial Services

7-18-13 - Miami

☑ Mail
☐ Rail

12-14009

| ACCOUNT | AMOUNT |
|---|---|
| 0869PL | |
| 086400 | |
| 086900 | |
| 322340 | |
| 322350 | 15.00 |
| 322360 | |
| 6855AP | |
| 510000 | 15.00 |
| | |
| **TOTAL** | 30.00 |

Case Number or Other Reference
Oral argument CD

All checks, money orders, drafts, etc. are accepted subject to collection. Full credit will not be given until the negotiable instrument has been accepted by the financial institution on which was drawn.

#19979

Date 7/22/20 13 | Cash | Check ✓ | M.O. | DEPUTY CLERK: Tung Pashman