# ASTIGARRAGA DAVIS

701 Brickell Avenue • 16th Floor
Miami, Florida 33131-2847

August 5, 2013

**VIA FEDERAL EXPRESS**

Clerk of the Court
United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

*U.S. COURT OF APPEALS RECEIVED CLERK AUG 06 2013 ATLANTA, GA.*

RE: *Dr. Bernd Wollschlaeger, et al. v. Governor of the State of Florida, et al.*
Case No.: 12-14009

Dear Sir/Madam:

We are counsel for Appellees in the above-referenced matter and write requesting a CD with the audio recording of the oral argument held before this Court on Thursday, July 18, 2013. Enclosed please find a check made payable to this Court in the amount of $30.00 representing payment of the CD copy. Once the CD has been generated, kindly forward same to our offices in the enclosed self-addressed stamped Federal Express envelope.

If you have any questions, please do not hesitate to contact us.

Sincerely,

Evelyn C. Davila
Legal Assistant to Edward M. Mullins

/ecd
Enclosures

Astigarraga Davis Mullins & Grossman, P.A.   Phone: 305.372.8282   Telefax: 305.372.8202   Web: www.astidavis.com

AO 182 (Rev. 9/07)

**ORIGINAL**

56749

RECEIPT FOR PAYMENT

# U. S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

Atlanta, Georgia

**RECEIVED FROM** Astigarnaga Davis
701 Brickell Ave. 16th Fl
Miami, FL 33131-2847

| | ACCOUNT | AMOUNT |
|---|---|---|
| GENERAL AND SPECIAL FUND | | |
| 0869PL PLRA Filing Fees | 0869PL | |
| 086400 Docketing Fees | 086400 | |
| 086900 Docketing Fees | 086900 | |
| 322340 Sale of Publications & Opinions | 322340 | |
| 322350 Copy Fees | 322350 | 15.00 |
| 322360 Miscellaneous (include certification fee) | 322360 | |
| 6855AP Attorney Admission Fee | 6855AP | |
| 510000 Fees for Judicial Services | 510000 | 15.00 |
| 7-18-13. Atlanta | | |
| ☑ Mail    Oral Argument CD | | |
| ☐ Rail | **TOTAL** | 30.00 |

Case Number or Other Reference: 12-14009

All checks, money orders, drafts, etc. are accepted subject to collection. Full credit will not be given until the negotiable instrument has been accepted by the financial institution on which was drawn.

# 34943

Date: 8/6/2013    Cash ☐   Check ☑   M.O. ☐

DEPUTY CLERK: Tina Patterson