# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

DR. BERND WOLLSCHLAEGER, et al.
     Petitioners,

v.                                         Record No. 12-14009-FF

GOVERNOR OF THE STATE OF FLORIDA, et al.
     Respondents.

---

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## CIVIL ACTION NO. 1:11-cv-22026-MGC

---

## MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE IN
## SUPPORT OF THE PETITION FOR REHEARING EN BANC

---

Pursuant to 11th Cir. R. 35-6, *amicus curiae* Institute for Justice respectfully seeks leave to file the accompanying brief in support of the petition for rehearing en banc in this matter. In support of this request and in demonstration of good cause, amicus states as follows:

1.    *Amicus curiae* Institute for Justice is a nonprofit, public-interest law firm that litigates nationwide on behalf of people whose most basic rights are threatened by the government. *Amicus* has litigated extensively in the area of the First Amendment and, more specifically, the intersection of the First Amendment and the regulation of licensed occupations. *See*, *e.g.*, *Edwards v. District of*

*Columbia*, No. 13-7063, 2014 U.S. App. LEXIS 12114 (D.C. Cir. June 27, 2014)

(challenging the regulation of speech by tour guides); *Cooksey v. Futrell*, 721 F.3d

226 (4th Cir. 2013) (same, dietary speech); *Hines v. Alldredge*, No. 1:13-CV-56

(S.D. Texas filed Apr. 8, 2013) (same, veterinary speech); *Rosemond v. Conway*,

No. 3:13-cv-00042 (E.D. Ky. filed July 16, 2013) (same, parenting advice);

*Taucher v. Born*, 53 F. Supp. 2d 464 (1999) (same, commodities-trading advice).

 2. The accompanying amicus brief focuses on the relevance of the U.S.

Supreme Court's recent decision in *Holder v. Humanitarian Law Project*, 561 U.S.

1 (2010). Although *Humanitarian Law Project* is the Supreme Court's most recent

and most authoritative discussion on the First Amendment's speech/conduct

distinction—an issue at the heart of this case—the panel majority failed to

acknowledge that decision in any way, and ultimately rendered a decision that

cannot be squared with *Humanitarian Law Project*. *Amicus* believes that its brief

will assist this Court in reaching a decision that is consistent with that precedent.

Dated: August 18, 2014.

Respectfully submitted,

/s/ Paul M. Sherman

**INSTITUTE FOR JUSTICE**
Paul M. Sherman (DC Bar No. 978663)
Robert J. McNamara (VA Bar No. 73208)
901 North Glebe Road, Suite 900
Arlington, VA 22203-1854
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: psherman@ij.org, rmcnamara@ij.org
*Attorneys for Amicus Curiae*

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 18th day of August, 2014, I caused this Motion for Leave to File Brief of *Amicus Curiae* in Support of the Petition for Rehearing *En Banc* to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

> Douglas Hollward-Driemeier
> Bruce S. Manheim, Jr.
> Julia Lewis
> Augustine Ripa
> ROPES & GRAY LLP
> 700 12th Street, NW, Suite 900
> Washington, DC  20005
> (202) 508-4600
>
> *Counsel for Petitioners*
>
> Jason Vail
> Allen C. Winsor
> Pam Bondi
> Timothy D. Osterhaus
> OFFICE OF THE U.S. ATTORNEY
> The Capitol PL-01
> Tallahassee, Florida  32399-1050
> (850) 488-3672
>
> *Counsel for Respondents*

/s/ Paul M. Sherman
*Counsel for Amicus Curiae*