Case No. 12-14009-FF

UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

DR. BERND WOLLSCHLAEGER, et al.,
Plaintiffs/Appellees,
vs.
GOVERNOR STATE OF FLORIDA, et al.,
Defendants/Appellants.

Motion for Leave to File Amicus Curiae Brief in Support
of Petition for Rehearing En Banc of Plaintiffs/Appellees

Thomas R. Julin & Jamie Z. Isani
HUNTON & WILLIAMS LLP
1111 Brickell Ave., Ste. 2500
Miami, FL 33131
305.810.2516
tjulin or jiasani@hunton.com

Maria Kayanan
ACLU FOUNDATION OF FLORIDA, INC.
4500 Biscayne Boulevard Suite 340
Miami, FL 33137-3227
786.363.2700 fax 3108
mkayanan@aclufl.org

Gerald E. Greenberg
GELBER SCHACHTER & GREENBERG, P.A.
1441 Brickell Ave., Ste. 1420
Miami, Florida 33131
305.728.0953
ggreenberg@gsgpa.com

Gordon M. Mead, Jr.
STEARNS WEAVER MILLER WEISSLER
 ALHADEFF & SITTERSON, P.A.
150 West Flagler Street – Ste 2200
Miami, Florida 33130
305.789.3200
GMead@stearnsweaver.com

Attorneys for the Amici Curiae

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

The following is a complete list of the trial judge, all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the particular case on appeal, including subsidiaries, conglomerates, affiliates, and parent corporations, including any publicly held company that owns 10 percent or more of the party's stock, and other identifiable legal entities related to a party:

ACLU Foundation of Florida, Inc., amicus curiae

Acosta, Patricia, counsel for amicus curiae

Alachua County Medical Society, amicus curiae

American Academy of Child and Adolescent Psychiatry, amicus curiae

American Academy of Family Physicians, Florida Chapter, plaintiff-appellee

American Academy of Orthopaedic Surgeons, amicus curiae

American Academy of Pediatrics, Florida Chapter, plaintiff-appellee

American Association of Suicidology, amicus curiae

American Bar Association, amicus curiae

American College of Obstetricians and Gynecologists, amicus curiae

American College of Physicians, Florida Chapter, plaintiff-appellee

HUNTON & WILLIAMS LLP / GELBER SCHACTER & GREENBERG / ACLU FOUNDATION OF FLORIDA, INC. /
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

American College of Preventative Medicine, amicus curiae

American College of Surgeons, amicus curiae

American Congress of Obstetricians and Gynecologists, amicus curiae

American Medical Association, amicus curiae

American Psychiatric Association, amicus curiae

American Public Health Association, amicus curiae

Armstrong, John H., present Florida Surgeon General and Secretary of the Department of Health, defendant-appellant

Astigarraga, David, Mullins & Grossman, P.A. counsel for plaintiff-appellee

Averoff, Magdalena, Fla. Board of Medicine Member, defendant-appellant

Bearison, Fred, Fla. Board of Medicine Member, defendant-appellant

Brady Center to Prevent Gun Violence

Broward County Medical Association, The, amicus curiae

Broward County Pediatric Society, The, amicus curiae

Carlton Fields Jorden Burt LLP, counsel for amicus American Bar Association

Caso, Anthony, Counsel for CCJ and DRGO

Carlton Fields Jorden Burt LLP, counsel for amicus American Bar Association

Center for Constitutional Jurisprudence (CCJ), amicus curiae

Children's Healthcare Is a Legal Duty, Inc. (CHILD), amicus curiae

Cooke, Marcia G., U.S. District Judge

Cooper, Charles, counsel for amicus NRA

Dewar, Elizabeth, plaintiffs-appellees' counsel

DeWolf, Diane G., defendants-appellants' counsel

Di Pietro, Nina, Fla. Board of Medicine Member, defendant-appellant

Doctors for Responsible Gun Ownership (DRGO), amicus curiae

Dudek, Elizabeth, Secretary of the Agency for Health Care Administration, defendant-appellant

Early Childhood Initiative Foundation, amicus curiae

Eastman, John, Counsel for CCJ and DRGO

Ekdahl, Jon N., Counsel for amicus American Medical Association et al.

El Sanadi, Nabil, Fla. Board of Medicine Member, defendant-appellant

Espinola, Trina, Fla. Board of Medicine Member, defendant-appellant

Farmer, Frank, former Florida Surgeon General and Department Secretary, defendant-appellant

Fernandez, Bernardo, Fla. Board of Medicine Member, defendant-appellant

Florida Public Health Association, The, amicus curiae

Fox-Levine, Shannon, plaintiff-appellee

Fry, David H., counsel for amicus APHA et al.

Gelber Schacter & Greenberg, P.A., counsel for amici curiae

Ginzburg, Enrique, Fla. Board of Medicine Member, defendant-appellant

Goersch, Brigitte Rivera, Fla. Board of Medicine Member, defendant-appellant

Goetz, Mariel, plaintiffs-appellees' counsel

Greenberg, Gerald E., counsel for amici curiae

Guiliano, Douglas, plaintiffs-appellees' counsel

Gutierrez, Roland, plaintiff-appellee

Hallward-Driemeier, Douglas, plaintiffs-appellees' counsel

Heckenlively, Bryan, Counsel for Center to Prevent Gun Violence

Hubbard, William C., counsel for amicus American Bar Association

Hunton & Williams LLP, counsel for amici curiae

Institute for Justice, amicus curiae

Isani, Jamie Zysk, counsel for amici curiae

Julin, Thomas R., counsel for amici curiae

Kainen, Dennis G., plaintiffs-appellees' counsel

Kayanan, Maria, counsel for amici curiae

Lage, Onelia, Fla. Board of Medicine Member, defendant-appellant

Levenstein, Richard H., counsel for amicus American Medical Association et al.

Levine, Bradley, Fla. Board of Medicine Member, defendant-appellant

Law Center to Prevent Gun Violence, amicus curiae

Lewis, Julia, counsel for plaintiff-appellee

Lopez, Jorge, Fla. Board of Medicine Member, defendant-appellant

HUNTON & WILLIAMS LLP / GELBER SCHACTER & GREENBERG / ACLU FOUNDATION OF FLORIDA, INC. / STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

Lowy, Jonathan, plaintiffs-appellees' counsel

Lucas, Hal, plaintiffs-appellees' counsel

Manheim, Bruce, plaintiffs-appellees' counsel

Marion B. Brechner First Amendment Project, amicus curiae

Marshall, Randall C., counsel for amici curiae

Macgowan, Erin, counsel for plaintiff-appellee

McNamara, Robert J., counsel for amicus Institute for Justice

Mead, Gordon M., Jr., counsel for amici curiae

Nelson, Leonard A., counsel for amicus American Medical Association et al.

Mullins, Donald, Fla. Board of Medicine Member, defendant-appellant

Mullins, Edward, plaintiff-appellees' counsel

National Rifle Association (NRA), amicus curiae

Nordby, Rachel E., defendants-appellants' counsel

Nuss, Robert, Fla. Board of Medicine Member, defendant-appellant

Orr, James, Fla. Board of Medicine Member, defendant-appellant

Osterhaus, Timothy D., defendants-appellants' counsel

Ovelmen, Richard J., counsel for amicus American Bar Association

Palm Beach County Medical Society, amicus curiae

Patterson, Peter, Counsel for the NRA

Ripa, Augustine, plaintiffs-appellees' counsel

Ropes & Gray LLP, counsel for plaintiff-appellee

Rosenberg, Steven, Fla. Board of Medicine Member, defendant-appellant

Sack, Stanley, plaintiff-appellee

Schaechter, Judith, plaintiff-appellee

Schechtman, Tommy, plaintiff-appellee

Scott, Rick, Governor of Florida, defendant-appellant

Sherman, Paul M, counsel for amicus Institute for Justice

Shugarman, Richard G., Fla. Board of Medicine Member, defendant-appellant

Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., counsel for Amici Curiae

Stringer, Merle, Fla. Board of Medicine Member, defendant-appellant

Suicide Awareness Voices of Education, amicus curiae

TerKonda, Sarvam, Fla. Board of Medicine Member, defendant-appellant

Thomas, George, Fla. Board of Medicine Member, defendant-appellant

Thompson, David, Counsel for the NRA

Tootle, Joy, Fla. Board of Medicine Member, defendant-appellant

Tucker, Elisabeth, Fla. Board of Medicine Member, defendant-appellant

University of Miami School of Law Children and Youth Clinic, amicus curiae

Vail, Jason, defendants-appellants' counsel

Vice, Daniel, plaintiffs-appellees counsel

Weinstein-Tull, Justin S., counsel for amicus APHA et al.

Winchester, Gary, Fla. Board of Medicine Member, defendant-appellant

Winsor, Allen, counsel for defendant-appellant

Wollschlaeger, Bernd, plaintiff-appellee

Zachariah, Zachariah, Fla. Board of Medicine Member, defendant-appellant

                                        s/Thomas R. Julin
                                          Thomas R. Julin

HUNTON & WILLIAMS LLP / GELBER SCHACTER & GREENBERG / ACLU FOUNDATION OF FLORIDA, INC. / STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

Case No. 12-14009-FF

# MOTION

The ACLU Foundation of Florida, Inc., Alachua County Medical Society, Broward County Medical Association, Broward County Pediatric Society, Palm Beach County Medical Society, Florida Public Health Association, University of Miami School of Law Children and Youth Clinic, Children's Healthcare Is a Legal Duty, Inc., Early Childhood Initiative Foundation, and Marion B. Brechner First Amendment Project move pursuant to Eleventh Circuit Rule 35-6 for leave to file an amicus curiae brief in support of the petition for rehearing en banc filed by the plaintiffs/appellees.

This motion should be granted because the amici, all but one of whom filed an amicus curiae brief prior to the panel decision, are organizations that serve medical professionals who communicate on a daily basis with their patients. Those professionals desire to speak with their patients about a wide range of political topics, including, but not limited to, firearms ownership and ammunition. In some instances, these communications are wholly irrelevant to the medical care of the patients and are carried out as an expression of pure political opinion, rather than as a part of the medical care that is being delivered.

The amici are deeply concerned that the First Amendment doctrine adopted by the panel majority in this case will open the door to imposition of further content-based restriction on the political speech of medical professionals and the

political speech of other licensed professionals, irrespective of whether the restrictions are reasonably related to the objectives of the professional licensing program through which they practice, and irrespective of whether the restrictions were imposed, as here, due to government opposition to the content of the speech.

Doctors and other healthcare professionals see firsthand the impact that firearms have on children and others and often develop strong, political convictions regarding the actions that both government and individuals should take to try to decrease that societal harm. Sometimes they decide to attempt to impart their views to their patients. They believe that they have every right to do so as long as it does not interfere with their professional and legal obligations to care for their patients. They do not surrender their First Amendment rights when they accept their licenses, but the panel decision in this case holds otherwise. This motion should be granted so that the voice of these professionals may be heard on this important issue.

This motion also should be granted because the amici demonstrate in their proposed brief that subsequent to the briefing in this case, the U.S. Supreme Court rendered an important decision, *Agency for International Development v. Alliance for Open Society International*, 133 S.Ct. 2321 (2013), reaffirming First Amendment principles that require invalidation of the Florida statute that is the subject of this litigation. That decision, which is neither cited nor discussed in the

majority or dissenting opinions, invalidated speech restrictions imposed by federal law on the recipients of billions of dollars appropriated by Congress to fight HIV/AIDS. Like the doctors represented by the amici, the recipients of those funds argued that the conditions imposed on their speech violated their First Amendment rights. The amici discuss the import of this recent decision and show that the Florida statute at issue here suffers from the same constitutional defects as the federal speech restriction at issue in that case.

This motion also should be granted because two of the counsel for the amici, Thomas R. Julin and Jamie Zysk Isani of Hunton & Williams LLP, served as counsel for IMS Health Inc. in *Sorrell v. IMS Health Inc.,* 131 S.Ct. 2653 (2011), one of the central U.S. Supreme Court cases discussed by both the majority and dissent. In *Sorrell*, the Supreme Court invalidated a state statute that imposed a content-based speech restriction on licensed pharmacies. The amici show in their proposed brief why the en banc Court should conclude that the panel majority's effort to distinguish the *Sorrell* case is unsuccessful and that the holdings of *Sorrell* and *AID v. Alliance for Open Society International* together require vacating of the panel decision and affirmance of the District Court decision below.

Finally, the amici seek to file their brief in order to call this Court's attention to a recent thorough law review article that addressed the specific questions that this case presents shortly before the panel released its decision: Clay Calvert,

Daniel Axelrod, Justin B. Hayes & Minch Minchin, *Physicians, Firearms & Free Expression: Reconciling First Amendment Theory with Doctrinal Analysis Regarding the Right to pose Questions to Patients,* 12 FIRST AMENDMENT L. REV. 1 (2013). The article concludes that the Court should apply strict scrutiny to determine the constitutionality of the Florida statute. The article was published shortly before the panel decision and was submitted by amici as supplemental authority on June 12, 2014. The panel opinion made no reference to the article and used no heightened scrutiny. The dissenting opinion applied only intermediate scrutiny.

CONCLUSION

The Court should allow the filing of the attached amicus curiae brief.

   Hunton & Williams LLP

   By s/ Thomas R. Julin
     Thomas R. Julin & Jamie Z. Isani
     Florida Bar Nos. 325376 & 728861
     1111 Brickell Avenue - Suite 2500
     Miami, FL 33131
     305.810.2516 fax 1601
     tjulin or jisani@hunton.com

   Gerald E. Greenberg
   Fla. Bar No. 440094
   Gelber, Schacter & Greenberg, P.A.
   1441 Brickell Ave. Ste. 1420
   Miami, Florida 33131
   305.728.0953 Fax 0951
   ggreenberg@gsgpa.com

4

HUNTON & WILLIAMS LLP / GELBER SCHACTER & GREENBERG / ACLU FOUNDATION OF FLORIDA, INC. /
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

Gordon M. Mead, Jr.  & Julie Fishman Berkowitz
Fla. Bar Nos. 049896 & 017293
Stearns Weaver Miller Weissler Alhadeff
& Sitterson, P.A.
150 West Flagler Street
Miami, Florida 33130
305.789.3200 Fax 3395

Maria Kayanan
Fla. Bar No. 305601
Associate Legal Director
ACLU Foundation of Florida, Inc.
4500 Biscayne Boulevard Suite 340
Miami, FL 33137-3227
T: 786-363-2700; F: 786-363-3108
mkayanan@aclufl.org

Attorneys for the *Amici Curiae*

5

HUNTON & WILLIAMS LLP / GELBER SCHACTER & GREENBERG / ACLU FOUNDATION OF FLORIDA, INC. /
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2014, a true copy of the foregoing was served by Notice of Electronic Filing generated by ECF upon all counsel of record:

> Pamela J. Bondi, Attorney General
> Timothy D. Osterhaus Solicitor General
> Jason Vail, Assistant Attorney General
> Diane G. DeWolf, Deputy Solicitors General
> Rachel E. Nordby, Deputy Solicitors General
> Office of the Attorney General
> PL-01, The Capitol
> Tallahassee, FL 32399
>
> Douglas Hallward-Driemeier
> Bruce S. Manheim, Jr.
> Mariel Goetz
> Ropes & Gray LLP
> 700 12th Street, NW, Suite 900
> Washington, DC 20005-3948
>
> Elizabeth N. Dewar
> Ropes & Gray LLP
> Prudential Tower
> 80 Boylston Street
> Boston, MA 02199-3600
>
> Jonathan E. Lowy
> Daniel R. Vice
> Brady Center to Prevent Gun Violation
> 1225 Eye Street, NW, Suite 1100
> Washington, DC 20005
>
> Edward Maurice Mullins
> Hal Michael Lucas
> Astigarraga Davis Mullins & Grossman
> 701 Brickell Avenue 16th Floor
> Miami, FL 33131-2847

6

HUNTON & WILLIAMS LLP / GELBER SCHACTER & GREENBERG / ACLU FOUNDATION OF FLORIDA, INC. /
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

Dennis Gary Kainen
Weisberg & Kainen
1401 Brickell Avenue
Suite 800
Miami, FL 33131-3554

Charles J. Cooper
David H. Thompson
Peter A. Petterson
Cooper and Kirk, PLLC
1523 New Hampshire avenue, NW
Washington, D.C.  20036

John C. Eastman
Anthony T. Caso
Center for Constitutional Jurisprudence
c/o Chapman University School of Law
One University School of Law
One University Drive
Orange, CA  92886

Paul M. Sherman
Robert J. McNamara
Institute for Justice
901 North Glebe Road, Suite 900
Arlington, VA 22203-1854

Richard J. Ovelmen
Carlton Fields Jorden Burt LLP
100 S.E. Second Street
Miami, FL 33131

Richard H. Levenstein
Kramer, Sopko & Levenstein, P.A.
2300 SE Monterey Rd. Suite 100
Stuart, FL 34995

       s/ Thomas R. Julin
        Thomas R. Julin

7

HUNTON & WILLIAMS LLP / GELBER SCHACTER & GREENBERG / ACLU FOUNDATION OF FLORIDA, INC. /
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.