IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-14009-FF

_____

DR. BERND WOLLSCHLAEGER,
DR. JUDITH SCHAECHTER,
DR. TOMMY SCHECHTMAN,
AMERICAN ACADEMY OF PEDIATRICS, FLORIDA CHAPTER,
AMERICAN ACADEMY OF FAMILY PHYSICIANS, FLORIDA CHAPTER,
AMERICAN COLLEGE OF PHYSICIANS, FLORIDA CHAPTER, INC.,
ROLAND GUTIERREZ,
STANLEY SACK,
SHANNON FOX-LEVINE,

                Plaintiffs - Appellees,

versus

GOVERNOR OF THE STATE OF FLORIDA,
SECRETARY, STATE OF FLORIDA,
SURGEON GENERAL OF THE STATE OF FLORIDA,
SECRETARY, HEALTH CARE ADMINISTRATION OF THE STATE OF FLORIDA,
DIVISION DIRECTOR, FLORIDA DEPARTMENT OF HEALTH,
Division of Medical Quality Assurance,
GEORGE THOMAS,
JASON ROSENBERG,
ZACHARIAH P. ZACHARIAH,
ELISABETH TUCKER,
TRINA ESPINOLA,
MERLE STRINGER,
JAMES ORR,
GARY WINCHESTER,
NABIL EL SANADI,
ROBERT NUSS,
ONELIA LAGE,

FRED BEARISON,
DONALD MULLINS,
BRIGETTE RIVERA GOERSCH,
BRADLEY LEVINE,

                Defendants - Appellants.
                _____

        Appeal from the United States District Court
           for the Southern District of Florida
                _____

ORDER:

The Institute for Justice's motion for leave to file an amicus brief in support of the Appellees' petition for rehearing en banc is **GRANTED.**

The American Bar Association's motion for leave to file an amicus brief in support of the Appellees' petition for rehearing en banc is **GRANTED.**

The motion of American Medical Association, et al. for leave to file an amicus brief in support of the Appellees' petition for rehearing en banc is **GRANTED.**

The motion of ACLU Foundation of Florida Inc., et al. for leave to file an amicus brief in support of the Appellee's petition for rehearing en banc is **GRANTED.**

                                              /s/ **GERALD BARD TJOFLAT**
                                           UNITED STATES CIRCUIT JUDGE