NO DOCUMENT FOR THIS EVENT