# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 11, 2015

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number:  12-14009-FF
Case Style:  Dr. Bernd Wollschlaeger, et al v. Governor State of FL, et al
District Court Docket No:  1:11-cv-22026-MGC

The parties are directed to submit to this office within 20 days, a memorandum not to exceed 15 pages addressing: (1) whether *Reed v. Town of Gilbert, Ariz.*, ___ U.S. ___, 135 S. Ct. 2218 (2015), necessitates the application of strict scrutiny to this case, and (2) if so, whether the state of Florida has a sufficiently compelling interest, such that the Act can withstand strict scrutiny.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Janet K. Mohler/aw, FF
Phone #: (404) 335-6178

LetterHead Only