Case No. 12-14009

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
_____

DR. BERND WOLLSCHLAEGER, *et al.*,
Plaintiffs/Appellees/Petitioners,

vs.

GOVERNOR OF THE STATE OF FLORIDA, *et al.*,
Defendants/Appellants/Respondents.
_____

Appeal from the United States District Court
For the Southern District of Florida
_____

**MOTION OF AMERICAN MEDICAL ASSOCIATION, AMERICAN ACADEMY OF PEDIATRICS, AMERICAN ACADEMY OF CHILD AND ADOLESCENT PSYCHIATRY, AMERICAN ACADEMY OF FAMILY PHYSICIANS, AMERICAN OSTEOPATHIC ASSOCIATION, AMERICAN COLLEGE OF PHYSICIANS, AMERICAN COLLEGE OF SURGEONS, AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, AND AMERICAN CONGRESS OF OBSTETRICIANS AND GYNECOLOGISTS FOR LEAVE TO FILE *AMICUS* BRIEF IN SUPPORT OF 2016 PETITION FOR REHEARING *EN BANC***

Pursuant to 11th Cir. R. 35-6, the medical associations identified above move for leave to file the accompanying *amicus* brief in support of the petition for rehearing *en banc* filed in this matter on January 4, 2016. In support of this request, *amici* state as follows:

1. *Amici* are professional associations of physicians, residents and

1

medical students. *Amicus* the American Medical Association ("AMA") is the largest such association in the United States. The remaining *amici* are national specialty medical societies that represent their members in matters of public concern. All *amici* have members that practice in the State of Florida and whose ability to practice medicine is detrimentally affected by Florida's Firearm Owners Privacy Act ("FOPA"), the constitutional validity of which is the issue in this lawsuit.

2. The validity of FOPA depends, in part, on whether (a) communications between physicians and patients regarding firearm ownership threaten the Second Amendment and privacy rights of Floridians and (b) FOPA substantially chills communications between patients and physicians.

3. One factor making this case of exceptional importance is that FOPA disrupts normal medical practice.

4. *Amici*, as preeminent representatives of the medical profession, can provide the Court with a unique insight into these issues. As Judge Wilson pointed out in his dissents to the earlier panel decisions in this case (*Wollschlaeger v. Governor of Florida*, 760 F.3d 1195, 1230 (7/25/14), *opinion vacated and superseded on reh'g, Wollschlaeger v. Governor of Florida*, 797 F.3d 859, 901 (7/28/15)), one of the conditions leading to this

lawsuit was the determination by some or all of *amici*, particularly the AMA, that pediatricians and other physicians should routinely question their patients about household firearm ownership in order to counsel patients about firearm safety.

5. While some overlap between the tendered *amicus* brief and the petition for rehearing *en banc* of January 4, 2016 is inevitable, *amici* have attempted to minimize such duplication.

6. Prior to the brief herewith tendered, *amici* submitted *amicus* briefs in this case, all in support of plaintiffs/appellants, (a) on November 5, 2012, prior to the first panel decision, (b) on August 25, 2014, in connection with the first petition for rehearing *en banc*, and (c) on August 28, 2015, in connection with the second petition for rehearing *en banc*. This Court allowed the filing of the first two *amicus* briefs, but it denied the motion for leave to file the third *amicus* brief (on August 28, 2015) as moot.

           S / Richard H. Levenstein Esquire
           _____
            Richard H. Levenstein
            Attorney for *Amici Curiae*

Date: January 13, 2016

| | |
|---|---|
| Jon N. Ekdahl<br>Leonard A. Nelson<br>American Medical Association<br>330 N. Wabash Ave<br>Chicago, IL 60611<br>(312) 464-5532 | Richard H. Levenstein<br>Kramer, Sopko & Levenstein, P.A.<br>2300 SE Monterey Rd., Suite 100<br>Stuart, FL 34995<br>(772) 288-0048 |
| *Of Counsel* | *Counsel of Record for Amici* |

## Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing motion for leave to file *amicus* brief has been delivered to a third-party carrier for express delivery to the following attorneys on January 13, 2016:

Pamela Jo Bondi
Allen C. Winsor
Timothy D. Osterhaus
Jason Vail
Diane G. DeWolfe
Rachel E. Nordby
Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050

Douglas H. Hallward-Driemeier
Mariel Goetz
Ropes & Gray LLP
2099 Pennsylvania Ave NW
Washington, D.C. 20006

An electronic version of the same was delivered to the Clerk and served electronically via the Court's CM/ECF system. In addition, 15 copies were sent by overnight courier, next business day delivery, to the Clerk of Court.

Date: January 13, 2016

S/ Richard H. Levenstein Esquire

_____
Richard H. Levenstein
Attorney for *Amici Curiae*