# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

DR. BERND WOLLSCHLAEGER, et al.
    Petitioners,

v.                                               Case No. 12-14009-FF

GOVERNOR STATE OF FLORIDA, et al.
    Respondents.

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

## MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE IN SUPPORT OF PETITIONERS' PETITION FOR REHEARING *EN BANC*

Pursuant to 11th Cir. R. 35-6, *amicus curiae* Institute for Justice respectfully seeks leave to file the accompanying brief in support of rehearing en banc in this matter. In support of this request and in demonstration of good cause, *amicus* states as follows:

1. *Amicus curiae* Institute for Justice is a nonprofit, public-interest law firm that litigates nationwide on behalf of people whose most basic rights are threatened by the government. *Amicus* has litigated extensively in the area of the First Amendment and, more specifically, the intersection of the First Amendment and the regulation of licensed occupations. *See*, *e.g.*, *Edwards v. District of*

*Columbia*, 755 F.3d 996 (D.C. Cir. 2014) (challenging the regulation of speech by tour guides); *Cooksey v. Futrell*, 721 F.3d 226 (4th Cir. 2013) (same, dietary speech); *Hines v. Alldredge*, No. 1:13-CV-56 (S.D. Texas filed Apr. 8, 2013) (same, veterinary speech); *Rosemond v. Markham*, No. 3:13-cv-00042, 2015 WL 5769091 (E.D. Ky. Sept. 30, 2015) (same, parenting advice); *Taucher v. Born*, 53 F. Supp. 2d 464 (1999) (same, commodities-trading advice).

2. The accompanying amicus brief focuses on the relevance of the U.S. Supreme Court's recent decision in *Holder v. Humanitarian Law Project*, 561 U.S. 1 (2010). Although *Humanitarian Law Project* is the Supreme Court's most recent and most authoritative discussion on the First Amendment's protection of individualized expert advice—an issue at the heart of this case—the panel majority failed to seriously grapple with that decision, and ultimately rendered a decision that cannot be squared with *Humanitarian Law Project*. *Amicus* believes that its brief will assist this Court in reaching a decision that is consistent with that precedent.

Dated: January 14, 2016.

Respectfully submitted,

/s/ Paul M. Sherman
**INSTITUTE FOR JUSTICE**
Paul M. Sherman (DC Bar No. 978663)
Robert McNamara (VA Bar No. 73208)
Jeff Rowes (NY Bar No. 4211991)
901 North Glebe Road, Suite 900
Arlington, VA 22203-1854
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: psherman@ij.org,
rmcnamara@ij.org, jrowes@ij.org
*Attorneys for Amicus Curiae*

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 14th day of January, 2016, I caused this Motion for Leave to File Brief of *Amicus Curiae* in Support of the Petition for Rehearing *En Banc* to be filed and notice of such filing was delivered electronically to the following registered CM/ECF users:

Edward M. Mullins
ASTIGARRAGA DAVIS MULLINS & GROSSMAN, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida  33131-2847
Telephone: (305) 372-8282

Jonathan E. Lowy
BRADY CENTER TO PREVENT GUN VIOLENCE
840 First Street NE, Suite 400
Washington, D.C.  20002
Telephone: (202) 370-8104

Douglas H. Hallward-Driemeier
Mariel Goetz
ROPES & GRAY LLP
2099 Pennsylvania Ave., NW
Washington, D.C.  20006
Telephone: (202) 508-4600

Erin R. Macgowan
Alexandra L. Roth
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
Telephone: (617) 951-7000

*Counsel for Petitioners*

Pam Bondi
Allen C. Winsor
Timothy Osterhaus
Jason Vail
Diane G. DeWolf
Rachel E. Nordby
Office of the Attorney General
PL01 – The Capitol
Tallahassee, Florida 32399-1050

*Counsel for Respondents*

                                              /s/ Paul M. Sherman
                                              *Counsel for Amicus Curiae*