Case No. 12-14009-FF

UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

DR. BERND WOLLSCHLAEGER, *et al*.,
Plaintiffs/Appellees,
vs.
GOVERNOR STATE OF FLORIDA, *et al*.,
Defendants/Appellants.

---

Motion of ACLU Foundation of Florida, Alachua County
Medical Society, Broward County Medical Association, Broward
County Pediatric Society, Palm Beach County Medical Society,
Florida Public Health Association, University of Miami School of Law
Children & Youth Clinic, Inc., Early Childhood Initiative Foundation, and the
Marion B. Brechner First Amendment Project for Leave to File Amicus Curiae
Brief in Support of Petition for Rehearing *En Banc* of Plaintiffs/Appellees

---

Thomas R. Julin & Jamie Z. Isani
HUNTON & WILLIAMS LLP
1111 Brickell Ave., Ste. 2500
Miami, FL  33131
305.810.2516
tjulin or jisani@hunton.com

Gerald E. Greenberg
GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Ave., Ste. 2010
Miami, Florida 33131
305.728.0950
ggreenberg@gsgpa.com

Nancy Abudu
ACLU FOUNDATION OF FLORIDA, INC.
4500 Biscayne Boulevard Suite 340
Miami, FL 33137-3227
786.363.2700 fax 3108
nabudu@aclufl.org

Grace L. Mead
STEARNS WEAVER MILLER WEISSLER
  ALHADEFF &  SITTERSON, P.A.
150 West Flagler Street – Ste 2200
Miami, Florida 33130
305.789.3200
GMead@stearnsweaver.com

Attorneys for the *Amici Curiae*

*Dr. Bernd Wollschlaeger, et al. v. Governor State of FL, et al.*
Case No. 12-14009-FF

CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

The following is a complete list of the trial judge, all attorneys, persons, associations of persons, firms, partnerships, and corporations that have an interest in the outcome of the particular case on appeal, including subsidiaries, conglomerates, affiliates, and parent corporations, including any publicly held company that owns 10 percent or more of the party's stock, and other identifiable legal entities related to a party:

Abudu, Nancy, counsel for *amicus curiae*

ACLU Foundation of Florida, Inc., *amicus curiae*

Acosta, Patricia, counsel for *amicus curiae*

Alachua County Medical Society, *amicus curiae*

American Academy of Child and Adolescent Psychiatry, *amicus curiae*

American Academy of Family Physicians, Florida Chapter, plaintiff-appellee

American Academy of Orthopaedic Surgeons, *amicus curiae*

American Academy of Pediatrics, Florida Chapter, plaintiff-appellee

American Association of Suicidology, *amicus curiae*

American Bar Association, *amicus curiae*

American College of Obstetricians and Gynecologists, *amicus curiae*

American College of Physicians, Florida Chapter, plaintiff-appellee

American College of Preventative Medicine, *amicus curiae*

American College of Surgeons, *amicus curiae*

American Congress of Obstetricians and Gynecologists, *amicus curiae*

American Medical Association, *amicus curiae*

American Psychiatric Association, *amicus curiae*

American Public Health Association, *amicus curiae*

Armstrong, John H., present Florida Surgeon General and Secretary of the Department of Health, defendant-appellant

Astigarraga, David, Mullins & Grossman, P.A. counsel for plaintiff-appellee

Averoff, Magdalena, Fla. Board of Medicine Member, defendant-appellant

Bearison, Fred, Fla. Board of Medicine Member, defendant-appellant

Brady Center to Prevent Gun Violence

Broward County Medical Association, The, *amicus curiae*

Broward County Pediatric Society, The, *amicus curiae*

Carlton Fields Jorden Burt LLP, counsel for *amicus* American Bar Association

Caso, Anthony, Counsel for CCJ and DRGO

Carlton Fields Jorden Burt LLP, counsel for *amicus* American Bar Association

Center for Constitutional Jurisprudence (CCJ), *amicus* curiae

Cooke, Marcia G., U.S. District Judge

Cooper, Charles, counsel for *amicus* NRA

Dewar, Elizabeth, plaintiffs-appellees' counsel

DeWolf, Diane G., defendants-appellants' counsel

Di Pietro, Nina, Fla. Board of Medicine Member, defendant-appellant

Doctors for Responsible Gun Ownership (DRGO), *amicus curiae*

Dudek, Elizabeth, Secretary of the Agency for Health Care Administration, defendant-appellant

Early Childhood Initiative Foundation, *amicus curiae*

Eastman, John, Counsel for CCJ and DRGO

Ekdahl, Jon N., Counsel for *amici* American Medical Association *et al*.

El Sanadi, Nabil, Fla. Board of Medicine Member, defendant-appellant

Espinola, Trina, Fla. Board of Medicine Member, defendant-appellant

Farmer, Frank, former Florida Surgeon General and Department Secretary, defendant-appellant

Fernandez, Bernardo, Fla. Board of Medicine Member, defendant-appellant

Florida Public Health Association, The, *amicus curiae*

Fox-Levine, Shannon, plaintiff-appellee

Fry, David H., counsel for *amici* APHA *et al*.

Gelber Schachter & Greenberg, P.A., counsel for *amici curiae*

Ginzburg, Enrique, Fla. Board of Medicine Member, defendant-appellant

Goersch, Brigitte Rivera, Fla. Board of Medicine Member, defendant-appellant

Goetz, Mariel, plaintiffs-appellees' counsel

Greenberg, Gerald E., counsel for *amici curiae*

Guiliano, Douglas, plaintiffs-appellees' counsel

Gutierrez, Roland, plaintiff-appellee

Hallward-Driemeier, Douglas, plaintiffs-appellees' counsel

Heckenlively, Bryan, Counsel for Center to Prevent Gun Violence

Hubbard, William C., counsel for *amicus* American Bar Association

Hunton & Williams LLP, counsel for *amici curiae*

Institute for Justice, *amicus curiae*

Isani, Jamie Zysk, counsel for *amici curiae*

Julin, Thomas R., counsel for *amici curiae*

Kainen, Dennis G., plaintiffs-appellees' counsel

Kayanan, Maria, counsel for *amici curiae*

Lage, Onelia, Fla. Board of Medicine Member, defendant-appellant

Levenstein, Richard H., counsel for *amici* American Medical Association *et al*.

Levine, Bradley, Fla. Board of Medicine Member, defendant-appellant

Law Center to Prevent Gun Violence, *amicus curiae*

Lewis, Julia, counsel for plaintiff-appellee

Lopez, Jorge, Fla. Board of Medicine Member, defendant-appellant

HUNTON & WILLIAMS LLP / GELBER SCHACHTER & GREENBERG / ACLU FOUNDATION OF FLORIDA, INC. /
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

Lowy, Jonathan, plaintiffs-appellees' counsel

Lucas, Hal, plaintiffs-appellees' counsel

Manheim, Bruce, plaintiffs-appellees' counsel

Marion B. Brechner First Amendment Project, *amicus curiae*

Marshall, Randall C., counsel for *amici curiae*

Macgowan, Erin, counsel for plaintiff-appellee

McNamara, Robert J., counsel for *amicus* Institute for Justice

Mead, Gordon M., Jr., counsel for *amici curiae*

Nelson, Leonard A., counsel for *amici* American Medical Association *et al*.

Mullins, Donald, Fla. Board of Medicine Member, defendant-appellant

Mullins, Edward, plaintiff-appellees' counsel

National Rifle Association (NRA), *amicus curiae*

Nordby, Rachel E., defendants-appellants' counsel

Nuss, Robert, Fla. Board of Medicine Member, defendant-appellant

Orr, James, Fla. Board of Medicine Member, defendant-appellant

Osterhaus, Timothy D., defendants-appellants' counsel

Ovelmen, Richard J., counsel for *amicus* American Bar Association

Palm Beach County Medical Society, *amicus curiae*

Patterson, Peter, Counsel for the NRA

Ripa, Augustine, plaintiffs-appellees' counsel

HUNTON & WILLIAMS LLP / GELBER SCHACHTER & GREENBERG / ACLU FOUNDATION OF FLORIDA, INC. / STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

Ropes & Gray LLP, counsel for plaintiff-appellee

Rosenberg, Steven, Fla. Board of Medicine Member, defendant-appellant

Sack, Stanley, plaintiff-appellee

Schaechter, Judith, plaintiff-appellee

Schechtman, Tommy, plaintiff-appellee

Scott, Rick, Governor of Florida, defendant-appellant

Sherman, Paul M, counsel for *amicus* Institute for Justice

Shugarman, Richard G., Fla. Board of Medicine Member, defendant-appellant

Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., counsel for *amici curiae*

Stringer, Merle, Fla. Board of Medicine Member, defendant-appellant

Suicide Awareness Voices of Education, *amicus curiae*

TerKonda, Sarvam, Fla. Board of Medicine Member, defendant-appellant

Thomas, George, Fla. Board of Medicine Member, defendant-appellant

Thompson, David, Counsel for the NRA

Tootle, Joy, Fla. Board of Medicine Member, defendant-appellant

Tucker, Elisabeth, Fla. Board of Medicine Member, defendant-appellant

University of Miami School of Law Children and Youth Clinic, *amicus curiae*

Vail, Jason, defendants-appellants' counsel

Vice, Daniel, plaintiffs-appellees counsel

Weinstein-Tull, Justin S., counsel for *amici* APHA *et al*.

Winchester, Gary, Fla. Board of Medicine Member, defendant-appellant

Winsor, Allen, counsel for defendant-appellant

Wollschlaeger, Bernd, plaintiff-appellee

Zachariah, Zachariah, Fla. Board of Medicine Member, defendant-appellant

                                              s/Thomas R. Julin
                                                Thomas R. Julin

HUNTON & WILLIAMS LLP / GELBER SCHACHTER & GREENBERG / ACLU FOUNDATION OF FLORIDA, INC. /
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

# MOTION

The ACLU Foundation of Florida, Inc., Alachua County Medical Society, Broward County Medical Association, Broward County Pediatric Society, Palm Beach County Medical Society, Florida Public Health Association, University of Miami School of Law Children and Youth Clinic, Early Childhood Initiative Foundation, and Marion B. Brechner First Amendment Project move pursuant to Eleventh Circuit Rule 35-6 for leave to file an amicus curiae brief in support of the petition for rehearing en banc filed by the plaintiffs/appellees.

This motion should be granted because the amici, all of whom filed an amicus curiae brief in support of the initial petition for rehearing en banc, are organizations that serve medical professionals who communicate on a daily basis with their patients. Those professionals desire to speak with their patients about a wide range of political topics, including, but not limited to, firearms ownership and ammunition. In some instances, these communications are wholly irrelevant to the medical care of the patients and are carried out as an expression of pure political opinion, rather than as a part of the medical care that is being delivered.

The amici are deeply concerned that the First Amendment doctrine adopted by the panel majority in this case will open the door to imposition of further content-based restrictions on the political speech of medical professionals and the political speech of other licensed professionals, irrespective of whether the

restrictions are reasonably related to the objectives of the professional licensing program through which they practice, and irrespective of whether the restrictions were imposed, as here, due to government opposition to the content of the speech.

Doctors and other healthcare professionals see firsthand the impact that firearms have on children and others and often develop strong political convictions regarding the actions that both government and individuals should take to try to decrease that societal harm. Sometimes they decide to attempt to impart their views to their patients. They believe that they have every right to do so as long as it does not interfere with their professional and legal obligations to care for their patients. They do not surrender their First Amendment rights when they accept their licenses, but the panel decision in this case essentially holds otherwise. This motion should be granted so that the voice of these professionals may be heard on this important issue.

This motion also should be granted because the amici demonstrate in their proposed brief that subsequent to the briefing in this case, the U.S. Supreme Court rendered an important decision, *Agency for International Development v. Alliance for Open Society International*, 133 S.Ct. 2321 (2013), reaffirming First Amendment principles that require invalidation of the Florida statute that is the subject of this litigation. That decision, which is neither cited nor discussed in the majority or dissenting opinions, invalidated speech restrictions imposed by federal

HUNTON & WILLIAMS LLP / GELBER SCHACHTER & GREENBERG / ACLU FOUNDATION OF FLORIDA, INC. /
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

law on the recipients of billions of dollars appropriated by Congress to fight HIV/AIDS. Like the doctors represented by the amici, the recipients of those funds argued that the conditions imposed on their speech violated their First Amendment rights. The amici discuss the import of this recent decision and show that the Florida statute at issue here suffers from the same constitutional defects as the federal speech restriction at issue in that case.

## CONCLUSION

The Court should allow the filing of the attached amicus curiae brief.

    Hunton & Williams LLP

    By    s/ Thomas R. Julin
          Thomas R. Julin & Jamie Z. Isani
          Florida Bar Nos. 325376 & 728861
          1111 Brickell Avenue - Suite 2500
          Miami, FL 33131
          305.810.2516 fax 1601
          tjulin or jisani@hunton.com

Gerald E. Greenberg
Fla. Bar No. 440094
Gelber, Schachter & Greenberg, P.A.
1221 Brickell Ave., Ste. 2010
Miami, Florida 33131
305.728.0950 Fax 0951
ggreenberg@gsgpa.com

3

HUNTON & WILLIAMS LLP / GELBER SCHACHTER & GREENBERG / ACLU FOUNDATION OF FLORIDA, INC. /
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

Grace L. Mead
Fla. Bar No. 049896
Stearns Weaver Miller Weissler Alhadeff
& Sitterson, P.A.
150 West Flagler Street
Miami, Florida 33130
305.789.3200 Fax 3395

Nancy Abudu
Fla. Bar No. 111881
Legal Director
ACLU Foundation of Florida, Inc.
4500 Biscayne Boulevard Suite 340
Miami, FL 33137-3227
T: 786-363-2700; F: 786-363-3108
nabudu@aclufl.org

Attorneys for the *Amici Curiae*

4

Hunton & Williams LLP / Gelber Schachter & Greenberg / ACLU Foundation of Florida, Inc. /
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.

# CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2016, a true copy of the foregoing was served by Notice of Electronic Filing generated by ECF upon all counsel of record:

>Pamela J. Bondi, Attorney General
>Timothy D. Osterhaus Solicitor General
>Jason Vail, Assistant Attorney General
>Diane G. DeWolf, Deputy Solicitors General
>Rachel E. Nordby, Deputy Solicitors General
>Office of the Attorney General
>PL-01, The Capitol
>Tallahassee, FL 32399
>
>Douglas Hallward-Driemeier
>Bruce S. Manheim, Jr.
>Mariel Goetz
>Ropes & Gray LLP
>700 12th Street, NW, Suite 900
>Washington, DC 20005-3948
>
>Elizabeth N. Dewar
>Ropes & Gray LLP
>Prudential Tower
>80 Boylston Street
>Boston, MA 02199-3600
>
>Jonathan E. Lowy
>Daniel R. Vice
>Brady Center to Prevent Gun Violation
>1225 Eye Street, NW, Suite 1100
>Washington, DC 20005
>
>Edward Maurice Mullins
>Hal Michael Lucas
>Astigarraga Davis Mullins & Grossman
>701 Brickell Avenue 16th Floor
>Miami, FL 33131-2847

Dennis Gary Kainen
Weisberg & Kainen
1401 Brickell Avenue
Suite 800
Miami, FL 33131-3554

Charles J. Cooper
David H. Thompson
Peter A. Petterson
Cooper and Kirk, PLLC
1523 New Hampshire avenue, NW
Washington, D.C. 20036

John C. Eastman
Anthony T. Caso
Center for Constitutional Jurisprudence
c/o Chapman University School of Law
One University School of Law
One University Drive
Orange, CA 92886

Paul M. Sherman
Robert J. McNamara
Institute for Justice
901 North Glebe Road, Suite 900
Arlington, VA 22203-1854

Richard J. Ovelmen
Carlton Fields Jorden Burt LLP
100 S.E. Second Street
Miami, FL 33131

Richard H. Levenstein
Kramer, Sopko & Levenstein, P.A.
2300 SE Monterey Rd. Suite 100
Stuart, FL 34995

                                              s/ Thomas R. Julin
                                                Thomas R. Julin