# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

## February 03, 2016

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number:  12-14009-U
Case Style:  Dr. Bernd Wollschlaeger, et al v. Governor State of FL, et al
District Court Docket No:  1:11-cv-22026-MGC

The enclosed order has been entered on petition(s) for rehearing.

Under the Eleventh Circuit Rule 35, the effect of granting rehearing en banc is to vacate the previous opinion and judgment of this court and to stay the mandate.

You will be notified by subsequent correspondence of the schedule for filing en banc briefs, the issue(s) which the court wishes the parties to focus on in their briefs, and the page limitations on them.  We will communicate with you at a later time regarding report time and time limitations on oral argument should this case be designated for oral argument.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Jenifer Tubbs, Calendar Clerk
Phone #: (404) 335-6166

REHG-1 Ltr Order Petition Rehearing