# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 05, 2016

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number:  12-14009-U
Case Style:  Dr. Bernd Wollschlaeger, et al v. Governor State of FL, et al
District Court Docket No:  1:11-cv-22026-MGC

MOTION MOOT: ALL Motions for leave to file amicus briefs in support of rehearing are
MOOT due to this Court's 2/3/16 order [7675069-2], [7675002-2], [7674679-2], [7674264-2],
[7673136-2]; Motion to stay mandate is MOOT [7553140-2] due to this Court's order filed
02/03/2016.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Jenifer L. Tubbs/AW
Phone #: 404-335-6166

MOT-11 Motion or Document Returned