# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov.

Please Type or Print

Court of Appeals No. 12-14009-FF

Dr. Bernd Wollschlaeger, et al. vs. Governor State of Florida, et al.

The Clerk will enter my appearance for these named parties: All appellees.

In this court these parties are:
- ☐ appellant(s)
- ☐ petitioner(s)
- ☐ intervenor(s)
- ☒ appellee(s)
- ☐ respondent(s)
- ☐ amicus curiae

☐ The following related or similar cases are pending on the docket of this court:

☐ Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the clerk of this court within 14 days of any changes in the status of my state bar memberships. See 11th Cir. R. 46-7.

State Bar: Massachusetts     State Bar No.: 687847

Signature: /s/ Alexandra Roth

Name (type or print): Alexandra Roth     Phone: 617-235-4647

Firm/Govt. Office: Ropes & Gray LLP     E-mail: alexandra.roth@ropesgray.com

Street Address: Prudential Tower, 800 Boylston Street     Fax: 617-235-9455

City: Boston     State: MA     Zip: 02199

12/07

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 26, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or; in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Alexandra L. Roth* _____
Alexandra L. Roth

# SERVICE LIST
*Dr. Bernd Wollschlaeger, et al. v. Governor State of Florida, et al.*
Case No. 11-14009-FF
United States Court of Appeals for the Eleventh Circuit

*Counsel for Appellants*
Electronically served via CM/ECF